

# MANDATE

S.D.N.Y.-N.Y.C.<br>
08-cv-293<br>
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of March, two thousand eight,

Present:

      Hon. Sonia Sotomayor,
      Hon. Debra Ann Livingston,
            *Circuit Judges,*
      Hon. Loretta A. Preska,*
            *District Judge.*



---

James Pettus,

            *Petitioner,*

    v.

Greene, Supt.,

            *Respondent.*

                                  08-0465-op

---

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Petitioner has not made any argument as to why this Court should grant his application and appears to be seeking to raise the same arguments he raised in his prior December 2007 successive application, which was already denied by this Court.

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

                    By: _____

by _____
      Deputy Clerk
                         reska, United States District Court for the Southern District of New York, sitting by designation.

ISSUED AS MANDATE: APR 1 7 2008

S.D.N.Y.-N.Y.C.
08-cv-293
Wood, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of March, two thousand eight,

Present:

      Hon. Sonia Sotomayor,
      Hon. Debra Ann Livingston,
              *Circuit Judges,*
      Hon. Loretta A. Preska,*
              *District Judge.*



_____

James Pettus,

              *Petitioner,*

      v.                                     08-0465-op

Greene, Supt.,

              *Respondent.*

_____

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Petitioner has not made any argument as to why this Court should grant his application and appears to be seeking to raise the same arguments he raised in his prior December 2007 successive application, which was already denied by this Court.

THE ~~MANDATE CONSISTING OF~~
ITEMS B~~ELOW HAVE BEEN~~ RECEIVED
( ) OPINION ( ) ~~STATEMENT~~ OF COSTS
~~( ) ORDER~~

~~RECEIVED BY:~~

MAR 4 - 2008 ~~DATE~~

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

_____

*The Honorable Loretta A. Preska, United States District Court for the Southern District of New York, sitting by designation.